UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ,

                  Plaintiff,

-v-

SERENTIY MOVERS, INC.,

                  Defendant.



No. 18-cv-106 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    In light of the parties' stipulation (Doc. No. 21), IT IS HEREBY ORDERED that this action is dismissed with prejudice against Defendant Serenity Movers, Inc. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:      June 4, 2018
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE